UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMANDALYNN R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-00408-JDL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security Administration | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Amandalynn R., the Plaintiff, filed a Complaint (ECF No. 1) and Itemized Statement of Errors (ECF No. 13) requesting vacatur and remand of the Administrative Law Judge's ("ALJ") November 22, 2019 Decision (ECF No. 11-2 at 17-30) that she was not disabled for the purposes of Disability Insurance benefits and Supplemental Security Income under the Social Security Act. United States Magistrate Judge John H. Rich III filed his Recommended Decision with the Court on November 10, 2021 (ECF No. 18), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by

the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 18) of the Magistrate Judge is hereby **ACCEPTED**. The ALJ's Decision is vacated and remanded for further proceedings consistent with the Recommended Decision of the Magistrate Judge.

**SO ORDERED.**

**Dated: December 20, 2021.**

                                                    /s/ JON D. LEVY
                                           **CHIEF U.S. DISTRICT JUDGE**